**UNITED STATES DISTRICT COURT**

**DISTRICT OF KANSAS**

TERRI L. LOEFFLER,

       Plaintiff,

                                                        Court File No. 07-2419 KHV

v.

NORTHLAND GROUP, INC.

       Defendant.

**ORDER OF DISMISSAL**

     **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice to the plaintiff Terri L. Loeffler, bringing another cause of action against the defendant Northland Group, Inc.

     **IT IS FURTHER ORDERED** that judgment shall be entered dismissing the Complaint without costs, disbursements or attorneys' fees to any party,

     **IT IS SO ORDERED.**

Dated: January 8, 2008                            s/ Kathryn H. Vratil
                                                           Kathryn H. Vratil
                                                           United States District Judge